OPINION — AG — AN ELECTED STATE OFFICIAL WHO IS A MEMBER OF THE OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM MAY NOT WITHDRAW FROM MEMBERSHIP IN THE SYSTEM WHILE EITHER CONTINUING TO SERVE AS AN ELECTED STATE OFFICIAL OR AFTER HAVING BECOME RE EMPLOYED WITH A PARTICIPATING EMPLOYER WITHIN 120 DAYS FROM TERMINATION OF PREVIOUS EMPLOYMENT WITH A PARTICIPATING EMPLOYER. CITE: 74 O.S. 1971 901 [74-901], 74 O.S. 1971 917 [74-917] (WILLIAM DON KISER)